UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6915 PA (MRWx) | Date | November 15, 2011 |
|---|---|---|---|
| Title | Angel Squatrito v. Creditors Specialty Service, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **IN CHAMBERS — COURT ORDER**

On October 17, 2011, the Court issued a Minute Order accepting plaintiff Angel Squatrito's ("Plaintiff") First Amended Complaint for filing and ordered defendants Creditors Specialty Service Inc. And Charles Stanley ("Defendants"), who had answered the original Complaint, to file their response to the First Amended Complaint by October 31, 2011. To date, Defendants have not responded to the First Amended Complaint.

In the Court's October 17, 2011 Minute Order, the Court also reminded the parties that the Scheduling Conference set for November 21, 2011, remained on the Court's calendar. On November 7, 2011, Plaintiff filed a unilateral Federal Rule of Civil Procedure 26(f) Report. In that Report, Plaintiff's counsel states that counsel for Defendants did not participate in the preparation of the Report as required by the Federal Rules of Civil Procedure and this Court's Order Setting Scheduling Conference. That Order, issued on September 28, 2011, requires the parties "to prepare a jointly signed report for the court to be submitted no less than fourteen (14) days before the Scheduling Conference." The Court's Order Setting Scheduling Conference also cautions the parties that the "failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions."

As a result of Defendants' failures to comply with the Court's orders to respond to the First Amended Complaint or participate in the preparation of the Rule 26(f) Joint Report, the Court orders Defendants to show cause in writing why their Answer should not be stricken and their defaults entered. Defendants' response to this order to show cause shall be filed by November 21, 2011. The Scheduling Conference, currently set for Monday, November 21, 2011, is continued to November 28, 2011 at 10:30 a.m.

IT IS SO ORDERED.

                                                                        :

Initials of Preparer